UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY BUSSIE, | : | Case No. 1:14-cv-31 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| GENWORTH LIFE AND ANNUITY | : | |
| INSURANCE COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING
THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio, Western Division, to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 21, 2014, submitted a Report and Recommendation.  (Doc. 4).  The Report and Recommendation was served on Plaintiff on February 25, 2014, and any objections to it were due on or before March 11, 2014.  (Doc. 5; Doc. 4 at 3).  No objections have been filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the Report and Recommendation (Doc. 4) is hereby **ADOPTED**, Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of prosecution, and this case is **CLOSED**.

    **IT IS SO ORDERED**.

Date: 3/14/14                                      */s/ Timothy S. Black*
                                                      Timothy S. Black
                                                      United States District Judge