**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ANTHONY BUSSIE, | Case No. 1:14-CV-031 |
| Plaintiff, | Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| -vs- | |
| GENWORTH LIFE AND ANNUITY<br>INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Doc. 4) is **ADOPTED**; the Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of prosecution; and the case is **TERMNINATED** on the docket.

Date: 3/14/2014                                                                         **JOHN P. HEHMAN, CLERK**

                                                                                                    By: *s/M. Rogers*, *D.C.*
                                                                                                    Deputy Clerk